FILED
2016 AUG 23 PM 4:03
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JON R. DEUTSCH § | |
| § | CIVIL ACTION NO. 1:16-CV-317-SS |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| FBZ TOWN LAKE CIRCLE, LP § | |
| § | |
| **Defendant** § | |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT

On this day came on for consideration the Agreed Motion to Dismiss with Prejudice of All Claims Against Defendant FBZ TOWN LAKE CIRCLE, LP in the above-styled and numbered case. The Court, having considered the Motion on file and the arguments of counsel, is of the opinion that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims brought by Plaintiff, Jon R. Deutsch ("**Plaintiff**"), against Defendant, FBZ TOWN LAKE CIRCLE, LP, ("**Defendant**") are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that Defendant is hereby discharged from any further liability to Plaintiff arising out of the above-captioned action.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that all attorney's fees and costs will be borne by the party incurring same.

All relief not expressly granted herein is denied.

SIGNED on the 23rd day of _____August_____, 2016.

_____Sam Sparks_____
UNITED STATES DISTRICT JUDGE